**LAW OFFICES OF NOLAN KLEIN, P.A.**  ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

Hector V. Ramirez, Esq.
ramirez@nklegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 04 2019

December 3, 2019

**VIA ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Room 1310
New York, NY 10007

DEC 0 4 2019

SO ORDERED

The December 5, 2019 conference is adjourned to January 30, 2020 at 9:30 a.m.

[signature]
HON. GEORGE B. DANIELS

Re: *Mercer v. Rafi Awan and Savita, LLC*
SDNY Case No.: 1:19-cv-04880

Dear Judge Daniels,

This law firm represents the Plaintiff, Stacey Mercer, in the above-captioned case. An initial pre-trial conference is scheduled for December 5, 2019 at 9:30 a.m.

Counsel for Plaintiff will be in Florida on this date and time and will be preparing for and participating in a Federal Court trial for the Southern District of Florida in Miami, Florida, Case No.: 0:16-cv-62658 before Judge Beth Bloom and will be unable to appear for the conference. Counsel has out of state clients that will be meeting him in Miami on Thursday and Friday, December 4 and 5. As such, Plaintiff respectfully requests to adjourn the conference to an alternate date and time. Counsel for Defendant has no opposition to the relief requested herein. This is the second request of this kind and the request will not prejudice any parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: */s/ Hector Ramirez*
HECTOR V. RAMIREZ, ESQ.
(HR3270)

HVR/amd
cc: Christopher Travis, Esq. (via ECF)