UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STACEY MERCER, *an individual*,

                        Plaintiff,

              -against-

RAFI AWAN, *an individual*; SAVITA LLC, *a foreign limited liability company*,

                      Defendant.

------------------------------------- x

ORDER

19 Civ. 4880 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: March 9, 2020
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge